UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES, | ) Case No.: 1:13-cv-00921-AWI-GSA |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| LINDELL ROBERT JOHNSON, LINDELL ROBERT JOHNSON TRUST, PATRICIA MAE JOHNSON, and DOES 1-10, inclusive | ) |
| Defendants | ) |

IT IS HEREBY ORDERED that the complaint of Plaintiff in this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  December 20, 2013                      _____

SENIOR DISTRICT JUDGE

1